FILED

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0341



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0341

NUGGETT CARMALT,

   Petitioner and Appellant,

  vs.            **ORDER OF MEDIATOR APPOINTMENT**

FLATHEAD COUNTY,

   Respondent and Appellee.

   This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

   IT IS ORDERED THAT **Peter Francis Carroll,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

   IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

   A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

   DATED this August 3, 2021.

                    */s/ Bowen Greenwood*
              _____
              Bowen Greenwood, Clerk of the Supreme Court

c:  Quentin M. Rhoades, Maureen H. Lennon, David William Randall, Tara Renee Fugina, Peter Francis Carroll